No. 10–11284.   AGUILAR v. NEVEN, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–11285.   VANZANT v. WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.   Certiorari denied.

No. 10–11286.   THOMAS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–11289.   SAEKU v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–11290.   MENDEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–11291.   MCNEILL v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 10–11292.   PARRISH v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 10–11293.   SANCHEZ-GODOY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 10–11294.   RAMOS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 10–11295.   SANDOVAL-SIANUQUI v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 10–11296.   RILEY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 10–11297.   CHANG v. ROCKRIDGE MANOR CONDOMINIUM ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–11298.   ROSENFELD v. HACKETT ET AL.   C. A. 9th Cir. Certiorari denied.

No. 10–11299.   BROWN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.